IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE L. BALLANCE,

      Plaintiff,                           No. CIV S-03-2246 LKK JFM P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.              ORDER

      Defendants have filed a second request for an extension of time to file a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' April 7, 2005 request for an extension of time is granted; and

      2. Defendants are granted thirty days from the date of this order in which to file and serve a motion for summary judgment.

DATED: April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

12;ball2246.36sec