IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE L. BALLANCE,

    Plaintiff,    No. CIV S-03-2246 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.    ORDER
_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2005, plaintiff filed motions to modify the scheduling order filed in this action and for an extension of time to file a pretrial statement. Due to the pendency of defendants' May 20, 2005 motion for summary judgment, and good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's May 19, 2005 motions to modify the scheduling order and for an extension of time to file a pretrial statement are granted;

    2. The parties are relieved of the obligation to file pretrial statements until further order of court;

    3. The pretrial conference on the papers set for June 17, 2005 before the undersigned is vacated;

1 | 4. The jury trial set for September 6, 2005 before the Honorable Lawrence K. Karlton is vacated; and

2 | 5. The dates vacated by this order will be reset, if appropriate, following disposition of defendants' motion for summary judgment.

DATED: June 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
ball2246.36a