IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE L. BALLANCE,

    Plaintiff,                   No. CIV S-03-2246 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.           ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 6, 2005, plaintiff filed a motion to stay defendants' motion for summary judgment together with a request for judicial notice and motion to strike. Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the date of this order defendants shall file and serve a response to plaintiff's June 6, 2004 motion.

DATED: June 13, 2005.

                            UNITED STATES MAGISTRATE JUDGE

12
ball2246.res