IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE L. BALLANCE,

    Plaintiff,                  No. CIV S-03-2246 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.               ORDER

        /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 11, 2005, plaintiff filed a motion to compel responses to discovery requests served by plaintiff on defendants on July 6, 2004 and October 14, 2004. In opposition to the motion, defendants have presented evidence that they timely served responses to the discovery requests. Plaintiff's motion is moot.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 11, 2005 motion to compel is denied.

Dated: July 6, 2005.

                                                UNITED STATES MAGISTRATE JUDGE

12; ball2246.mtc

1