IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE L. BALLANCE,

        Plaintiff,                        No. CIV S-03-2246 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.            ORDER

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On September 28, 2005, plaintiff filed his fifth request for the appointment of counsel. On November 14, 2005, plaintiff filed points and authorities in support of his request for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's fifth request for the appointment of counsel will therefore be denied.

/////

1   IT IS HEREBY ORDERED that plaintiff's September 28, 2005 fifth request for
2 the appointment of counsel is denied.
3 DATED: November 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf:001
ball2246.31a