IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE L. BALLANCE,

        Plaintiff,                        No. CIV S-03-2246 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.               ORDER

/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' May 20, 2005 motion for summary judgment pursuant to the court's order of November 16, 2005. Plaintiff seeks the extension on the ground that he has been endorsed for transfer to another prison. However, plaintiff has presented no evidence that the transfer has been scheduled or that he has already been deprived of access to his legal materials as a result of the endorsement. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 8, 2005 motion for an extension of time is denied; and

/////

/////

/////

/////

2. Plaintiff is granted one additional period of fifteen days from the date of this order in which to file and serve an opposition to defendants' May 20, 2005 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: December 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
ball2246.36